UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                          Chapter 7

**PRESTIGE PRODUCTIONS INC.,**
                                                Case No. 058-10400 (BRL)

           Debtor.

---

## STATEMENT OF UNPAID DISTRIBUTION CHECKS

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK

      ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

      1.     On or about October 21, 2010, a final distribution was made to the creditors of the estate of PRESTIGE PRODUCTIONS INC.

      2.     More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that a certain check has not cleared the Trustee's account.

      3.     The Trustee has a current net balance of $3,810.12. Subjoined as Schedule "A" is a list of the claimant whose check has not cleared the Trustee's bank account and which comprises the balance in the Trustee's account.

      4.     Attached hereto is estate check #1009 in the sum of $3,810.12, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated:    May 17, 2011
             New York, New York

                                                        ROBERT L. GELTZER (RG 4656)
                                                        Chapter 7 Trustee

**RE: PRESTIGE PRODUCTIONS INC.**
**CASE NO. 05-10400 (BRL)**

## Schedule "A"

## UNDEPOSITED DIVIDEND CHECKS

| | |
|---|---|
| New York State Department of<br>Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | $3,810.12 |
| TOTAL: | **$3,810.12** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          **Chapter 7**

**PRESTIGE PRODUCTIONS INC.**

                                                           **Case No. 05-10400 (BRL)**

                          Debtor.

**STATEMENT OF UNPAID
DISTRIBUTION CHECK(S)**

ROBERT L. GELTZER

CHAPTER 7 TRUSTEE

1556 Third Avenue
Suite 505
New York, New York 10128
(212) 410-0100

C:\WPDIRS\FINAL\NOTDIS.BAC-ED

LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

May 17, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

      Re:    **PRESTIGE PRODUCTIONS INC.**
              **CASE NO. 05-10400 (BRL)**

Dear Sir/Madam:

    Enclosed herewith please find Trustee's Statement of Unpaid Distribution Check(s) and estate check #1009 in the amount of $3,810.12, which represents the balance of funds held by the Trustee.

    As always, I thank you for your courtesy and attention to this matter. With kind regards, I remain

                                     Sincerely,

                                     Robert L. Geltzer

Enclosure(s)

cc:    Danny Choy

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York "
One Bowling Green Division

# 00186755 — KC
May 23, 2011

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| UNCLAIME | 05-10460 | | 3,810.12 CK |
| Debtor - ROBERT GELTZER TRUSTEE | | | |

TOTAL→         3,810.12

FROM: UNCLAIMED DIVIDENDS
05-10460
ROBERT GELTZER TRUSTEE